Gertrude C. REED, Petitioner,

v.

The PEOPLE of the State of Colorado, Respondent.

No. 85SC53.

Supreme Court of Colorado, En Banc.

May 28, 1985.

Petition for Writ of Certiorari DENIED.